**FILED**

JAN 2 5 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

### MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Eastern District of Missouri | |
|---|---|---|---|
| Name (under which you were convicted): Brian Hounsom | | Docket or Case No.: 4:14cr - 00246agf - nab | |
| Place of Confinement: Leavenworth Prison Camp | | Prisoner No.: 41870 - 044 | |
| UNITED STATES OF AMERICA | v. | Movant (include name under which convicted) Brian Hounsom | |

**RECEIVED**

JAN 2 5 2017

**BY MAIL**

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: United State District Court Eastern District of Missouri Eastern Division St. Louis Missouri

   (b) Criminal docket or case number (if you know): 4:14cr - 00246 agf - nab

2. (a) Date of the judgment of conviction (if you know): September 1ST 2015
   (b) Date of sentencing: December 22nd 2015

3. Length of sentence: 78 months

4. Nature of crime (all counts):
   1. Conspiracy to distribute and posses with intent to distribute one thousand kilograms of marijuana

   2 Conspiracy to launder the proceeds of drug trafficking

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐       (2) Guilty ☒       (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)       Jury ☐       Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?       Yes ☐               No ☒

8.  Did you appeal from the judgment of conviction?        Yes ☐          No ☒

9.  If you did appeal, answer the following:

   (a) Name of court: _____

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Citation to the case (if you know): _____

   (f) Grounds raised: _____

   _____

   _____

   _____

   _____

   _____

   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐        No ☒

     If "Yes," answer the following:

     (1) Docket or case number (if you know): _____

     (2) Result: _____

     _____

     (3) Date of result (if you know): _____

     (4) Citation to the case (if you know): _____

     (5) Grounds raised: _____

     _____

     _____

     _____

     _____

     _____

     _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

   Yes ☐       No ☒

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Date of filing (if you know): _____

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

         Yes ☐       No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court: _____

    (2)  Docket of case number (if you know): _____

    (3)  Date of filing (if you know): _____

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

         Yes ☐       No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:     Yes ☐      No ☐

    (2)  Second petition:   Yes ☐      No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Defendant's counsel was ineffective and deficient in that he failed to argue against the Leader/Organizer Role enhancement

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel for Defendant did not address the Leader/Organizer Role enhancement at sentencing. No evidence was produced in any court proceeding which indicated Defendant to be in a leadership role. Evidence shows that Defendant played a lesser role in the conspiracy which involved several individuals, including those who did play integral roles in the leadership. Defense counsel's failure to argue this key enhancement resulting in prejudice against Defendant in that he received an additional two (2) point enhancement.

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

      Yes ☐       No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐       No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I did not realize until after my time for appeal had expired that my counsel failed to argue this point. I depended upon my counsel to investigate and argue all areas which were available to me. I only recently discovered caselaw that supports my position that "(m)ere culpability is not sufficient to render one a leader, organizer, manger or supervisor." (US v Avila, 95 F3d 887 (9th Cir 1996)).

**GROUND TWO:** Defendant's counsel was ineffective and deficient in that he failed to give me a full understanding of

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): the proffering process.

During the meeting in which a proffer had been extended to me, my counsel did not fully explain my rights as it pertained to Rule 11 and the divulging of information to authorities. I had no information which I felt to be pertinent to the questions asked of me, therefore the proffer was not extended to me. My counsel failed to intervene and inform me that the information I could have given was sufficient. Due to this failure by my counsel, I was prejudiced in that I was not able to take advantage of the Government's offer of fifty-seven (57) month recommendation upon my plea of guilty.

(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐       No ☐

(2)   If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☒

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

**GROUND THREE:**   Defendant's counsel was ineffective and deficient in

that he failed to argue the amount of marijuana upon which I was sentenced

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Defendant's counsel did not argue the point that this Court

sentenced Defendant based upon an amount of a controlled substance

for which there was no evidence.   Evidence produced before this

Court was not sufficient for this Court to use as a basis for the

base amount by which Defendant was sentenced.

(b) **Direct Appeal of Ground Three:**

   (1)  If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐          No ☐

   (2)  If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

   (1)  Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐          No ☒

   (2)  If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:

   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

   (3)  Did you receive a hearing on your motion, petition, or application?

   Yes ☐          No ☐

   (4)  Did you appeal from the denial of your motion, petition, or application?

   Yes ☐          No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐        No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:**  <u>Defendant's counsel was ineffective and deficient in</u>
<u>that he gave Defendant advice which caused Defendant to not take</u>

 (a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

<u>advantage of the fifty-seven (57) month plea offer.</u>

<u>Defendant was extended an offer of fifty-seven (57) months by the</u>
<u>Government.  Defendant was advised by his counsel to take certain</u>
<u>actions which caused this offer to be rescinded, thus causing</u>
<u>Defendant to be unable to take full advantage of the offer.</u>
<u>Defendant followed the advice of counsel without full understanding</u>
<u>of the ramifications.</u>

_____

_____

(b)  **Direct Appeal of Ground Four:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐        No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

_____

**(c) Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐           No ☒

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

   Yes ☐           No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

   Yes ☐           No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

   Yes ☐           No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   All grounds raised in this motion have only recently been

   discovered by Defendant.  Defendant has not filed any other

   motions or presented these grounds because he was fully

dependent upon his counsel to properly advise him as to these

matters.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?        Yes ☐          No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:

(b) At the arraignment and plea:

(c) At the trial:

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?        Yes ☐          No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐          No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b)  Give the date the other sentence was imposed: _____

(c)  Give the length of the other sentence: _____

(d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or

sentence to be served in the future?        Yes ☐        No ☐


18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run
   from the latest of –
      (1)  the date on which the judgment of conviction became final;
      (2)  the date on which the impediment to making a motion created by governmental action in violation of
      the Constitution or laws of the United States is removed, if the movant was prevented from making such a
      motion by such governmental action;
_____(3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has

been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.


Therefore, movant asks that the Court grant the following relief:   That the Court authorize

a resentencing in this Case and allow Defendant to raise the

objections stated herein.

or any other relief to which movant may be entitled.


_____

Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system, first class postage prepaid on

December 21, 2016           (month, date, year).


Executed (signed) on ____December 21, 2016_____ (date)


_____

Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.